AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DE^ANGELA C. VEAL,


Plaintiff,

**JUDGMENT IN A CIVIL CASE**


CASE NUMBER: CV 626-027

**V.**

BULLOCH COUNTY HEALTH CARE, LLC d/b/a
Heritage Inn Health and Rehabilitation; ETHICA HEALTH;
and CHSGA,


Defendants.


☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 30, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, Plaintiffs complaint is

dismissed without prejudice. This case stands closed.

6/30/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*Martha C. Mormenso*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020